UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| WHITNEY N. SCHLICHT, | ) | |
| | ) | Case No: 4:14-cv-00025 |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | VOLUNTARY DISMISSAL WITH |
| | ) | PREJUDICE |
| PERFORMANT RECOVERY, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Whitney N. Schlicht, requests all claims raised or that could have been raised in this action against Defendant, Performant Recovery, Inc., are hereby dismissed with prejudice as the parties have reached a settlement agreement. Each party will bear its own costs and attorney fees.

Dated: April 30, 2014

Respectfully submitted,

/s/ L. Ashley Zubal
L. Ashley Zubal
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, IA 50311
(515) 276-7211
(515) 276-6280
Ashley@markslawdm.com
Attorney for Plaintiff

Michael A. Klutho
Bassford Remele, A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
Telephone: (612) 376-1619
Fax: (612) 749-1219
mklutho@bassford.com
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of VOLUNTARY DISMISSAL WITH PREJUDICE was filed electronically with the Clerk of Court through the CM/ECF Filing System, and as a result, it is the undersigned counsel's understanding that an electronic copy was also emailed by the Clerk of Court to the attorney for Plaintiff listed below.

Case 4:14-cv-00025-JEG-HCA   Document 2   Filed 04/30/14   Page 2 of 2

          /s/ L. Ashley Zubal
          L. Ashley Zubal

Michael A. Klutho
Bassford Remele, A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
Attorney for Defendant